**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kent Christensen, et al., | No. CV-23-08509-PCT-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Leann Renee Galliway, et al., | |
| Defendants. | |

Defendants filed an "Emergency" motion seeking to preclude plaintiffs "from seeking to admit or admitting into evidence for any purpose . . . the report by, or testimony from, plaintiffs' retained expert John Draneas." (Doc. 139.) Defendants argue Draneas was not timely disclosed and request an order excluding Draneas's opinions before a deposition of a different non-party that is set to begin today, April 15, 2025. An allegedly untimely expert disclosure falls well short of an emergency. Defendants are not entitled to relief, the deposition may proceed, and the possible exclusion of Draneas's opinions can be addressed at a later date, if needed.

**IT IS ORDERED** the Motion to Expedite (Doc. 139) is **DENIED**.

Dated this 15th day of April, 2025.

Honorable Krissa M. Lanham
United States District Judge